FILED
CHARLOTTE, NC

FEB 22 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:17CV709

| | |
|---|---|
| United States of America ) | |
| ) | **CONSENT ORDER FOR** |
| v. ) | **THIRD PARTY CLAIM** |
| ) | |
| Approximately $15,100 in funds seized during ) | |
| the execution of a search warrant at 8820 ) | |
| Broomsage Lane, Apartment J, Charlotte, ) | |
| North Carolina, 28217. ) | |

THIS MATTER is before the Court by consent of the United States of America, by and

through R. Andrew Murray, United States Attorney for the Western District of North Carolina

and Claimant Gerardo Rios-Ruiz ("Claimant"), through counsel, pursuant to 18 U.S.C. § 983(d)

and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions.   The Government and Claimant have consented to this Consent Order for Third Party

Claim as a final adjudication and settlement of all matters in regard to the property identified for

forfeiture in this case (hereafter, "the Property").

The parties have **STIPULATED AND AGREED** and the **COURT FINDS AS**

**FOLLOWS:**

1.      The Government has alleged in the Complaint for Forfeiture *In Rem* (Doc. 1) that

the Property, consisting of approximately $15,100 in seized currency, is proceeds of drug

trafficking and/or was used or intended to be used to facilitate drug trafficking.   Claimant, from

whom the Property was seized, contends in his Verified Claim (Doc. 5) that the Property

constitutes income from lawful employment.   Following discussions about the case, the parties

1

have agreed to stipulate that $3,775 of the Property shall be returned to Claimant and that

Claimant shall consent to the forfeiture of and withdraw his Claim to $11,325 of the Property.

2.     Claimant agrees to the forfeiture of the $11,325 and the Government, in turn,

agrees to, upon issuance of this Consent Order and of a default or other final judgment as to any

other potential interests in the Property, turn over $3,775 to Claimant, through his counsel.

3.     By entering into this Consent Order, Claimant agrees to, upon receipt of the

$3,775, release and forever discharge his interest in all remaining Property in this case.

4.     The payment to Claimant shall be in full settlement and satisfaction of all

claims by Claimant in this action and all claims against the United States resulting from

the incidents or circumstances giving rise to this action.

5.     Claimant agrees not to pursue against the United States any rights that it

may have to the Property in this case except as otherwise specified herein.

6.     Claimant understands and agrees that the United States reserves the right

to terminate the forfeiture action at any time.

7.     The Government and Claimant waive any rights to further litigate between

each other in this forfeiture action.

8.     Unless specifically directed by an order of the Court, Claimant shall be

excused and relieved from further participation in this action.

**IT IS THEREFORE ORDERED THAT:**

Based upon the stipulations of the parties herein, the Claim is granted to recognize that

Claimant has an interest in $3,775 of the Property.   It is, therefore, ordered that, upon issuance

of a final order or default judgment in this case, the United States shall pay $3,775 out of any

finally forfeited Property in this case to Claimant. Further, pursuant to the stipulations herein,

Claimant's Claim to any amounts above and beyond the $3,775 is hereby stricken. Each party

shall bear its own costs and fees, including attorney's fees.

Signed this 2/ day of Feb , 2019.

HON. ROBERT J. CONRAD
UNITED STATES DISTRICT JUDGE

ON MOTION OF AND
BY CONSENT OF THE PARTIES:

R. ANDREW MURRAY
UNITED STATES ATTORNEY

Benjamin Bain-Creed
Assistant United States Attorney

Dated: 1/29/19

GERARDO RIOS-RUIZ

Gerardo Rios-Ruiz
Claimant

Dated: 1-28-2019

Jennifer Stevens, Esq.
Hall & Dixon, PLLC
Attorney for Claimant

Dated: 01/28/2019

4